IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: KERRY LYN LUTE　　　　　　　　　　　　　　　CASE NO: 22-20011

## TRUSTEE'S OBJECTION TO CONFIRMATION

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who objects to confirmation of the debtor's plan for the reasons respectfully indicated as follows:

-- Credit Acceptance Corporation is listed in 3.3 for a total of $10,000.00, however, a proof of claim was filed listing a total of $10,630.11.

-- The debtor is 1.00 month in arrears for a total of $775.00 through February, 2022. The March payment will be due on the 19th.

-- The attorney fee listed in Appendix H does not match the amount listed in the plan. Appendix H lists a fee of $4,330.90 (the $250.00 noticing fee III-C, $4,080.90 III-A), while the plan lists $4,080.90.

-- Tax pledge needs to include language about the exclusion of EIC and Additional Child Tax Credit (ACTC).

**WHEREFORE,** Trustee prays that a hearing be held and after due proceeding had, the debtor's plan shall not be confirmed; or alternatively the debtor should be required to amend the plan to satisfy the objections herein.

Lafayette, Louisiana this 10th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Keith A. Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　**KEITH A. RODRIGUEZ**
　　　　　　　　　　　　　　　　　　　　　　　**STANDING CHAPTER 13 TRUSTEE**

## CERTIFICATE OR SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor:

KERRY LYN LUTE
2113 8TH ST
LAKE CHARLES, LA  70601

and the debtor's attorney:

WADE N KELLY LLC
1827 RYAN STREET
LAKE CHARLES, LA  70601

by placing same in the United States Mail, postage prepaid or by electronic case filing this 10th day of March, 2022.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**